UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARRA PASIEKA,

    Plaintiff,

v.                                                        Case No. 6:11-CV-959-ORL-36-GJK

ASSIGNED CREDIT SOLUTIONS, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice, with the Court to reserve jurisdiction for twenty (20) days to enforce the terms of parties settlement agreement.

Dated: January 10, 2012                     Respectfully submitted,

                                                  s/ Andrew I. Glenn
                                                  Andrew I. Glenn, Esq.
                                                  E-mail: AGlenn@cardandglenn.com
                                                  Florida Bar No.: 577261
                                                  J. Dennis Card, Jr., Esq.
                                                  E-mail: DCard@cardandglenn.com
                                                  Florida Bar No. 0487473
                                                  Card & Glenn, P.A.
                                                  2501 Hollywood Boulevard, Suite 100
                                                  Hollywood, Florida 33020
                                                  Telephone: (954) 921-9994
                                                  Facsimile: (954) 921-9553
                                                  Attorneys for Plaintiff

1