UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARRA PASIEKA,
    Plaintiff,

v.                                                CASE NO: 6:11-CV-959-ORL-36-GJK

ASSIGNED CREDIT SOLUTIONS, INC.,
    Defendant.
_____/

**O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 9).

In accord with Plaintiff's Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiff's Notice of Voluntary Dismissal With Prejudice is APPROVED (Doc. 9).

2) This cause is dismissed, with prejudice.

3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, on January 17, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record